NATIONAL EXHIBITION COMPANY, Respondent, v. GEORGE H. FLINN CORPORATION, Appellant, Impleaded with Another.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

STREET & SMITH PUBLICATIONS, INC., Respondent, v. THE CLAYTON MAGAZINES, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.; Finch, P. J., and Merrell, J., dissent and vote to reverse and deny the motion on the ground that the title registered in the name of the defendant is merely descriptive of the matter published in the magazine, and that there can be no deception of the public as the magazines are of different size, printed on different quality of paper and are entirely dissimilar in appearance.

MYER LEVINE, Respondent, v. BARC-RAY HOLDING CORPORATION, Defendant, Impleaded with MANUFACTURERS TRUST COMPANY, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.; Townley, J., taking no part.

THE TRAVELERS INSURANCE COMPANY, Respondent, v. ALFONSO VINCI and GIUSEPPE CARUSO, Copartners, etc., Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

ANNA WACHTELL and BERTHA WACHTELL, Respondents, v. THE CITY OF NEW YORK, Defendant, Impleaded with DIMARCO & REIMANN, INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORNELIUS A. HUGHES, Respondent, v. THE SHERIFF OF NEW YORK COUNTY, Defendant. CHARLES E. TONEY, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ. [See, also, 237 App. Div. 347.]

In the Matter of the Application of APOLLO CONSTRUCTION CORPORATION, Respondent, against SAMUEL LEVY, President of the Borough of Manhattan, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE BROOKLYN SAVINGS BANK, Appellant, v. LEON J. NEUMANN and Others, Defendants, Impleaded with 329 EAST FORTY-SEVENTH STREET REALTY CORPORATION and 262 LENOX AVENUE REALTY CORPORATION, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.